# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              **Case No.: 4:22–cr–00300–JM**

**Dewayne Baker**                                                                              **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Detention Hearing has been set in this case for March 16, 2023, at 11:00 AM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 8, 2023                              AT THE DIRECTION OF THE COURT
                                                      TAMMY H. DOWNS, CLERK

                                                      **By:** Lorna E. Jones, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas